UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

**UNITED STATES OF AMERICA,**

        Plaintiff,

  -vs-                                            Case No. 08-CR-84

**JOHN J. MILLER,**

        Defendant.

---

### ORDER

---

Before the Court is the issue of recusal of the judges of this Court. The ground for said recusal resides in a threat, which is the subject of the indictment, which in turn relates to a threat to the safety of the judges in the Milwaukee federal courthouse. A trial presided over by any one of the judges in this building would create an appearance of bias pursuant to 28 U.S.C. § 455(a). *See, In Re: Nettles*, 394 F.3d 1001 (7th Cir. 2005).

**NOW, THEREFORE, BASED ON THE FOREGOING,** this case is hereby removed to the Court of Judge William C. Griesbach in the Green Bay Division.

Dated at Milwaukee, Wisconsin, this 9th day of April, 2008.

                                                                 **SO ORDERED,**

                                                                 <u>s/ Rudolph T. Randa</u>
                                                                 **HON. RUDOLPH T. RANDA**
                                                                   **Chief Judge**