Order Form (01/2005)

# United States District Court, Eastern District of Wisconsin

| Name of Assigned Judge or Magistrate Judge | Philip G. Reinhard | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 84 | **DATE** | 12/15/2009 |
| **CASE TITLE** | U.S.A. vs. John Miller | | |

**DOCKET ENTRY TEXT:**

Defendant has filed a "motion to the court under extraordinary circumstances" which alleges that his sentence is a "miscarriage of justice," and that he is being held in prison under an illegal sentence. The motion further refers to "new evidence concerning his bankruptcy case," asks for "damages" for his improper imprisonment, and requests that the court order the prison to "take care of his thyroid problem." The motion is denied as it fails to identify any proper legal or factual basis for the relief it seeks in the context of a closed criminal case. To the extent it challenges his conviction and sentence by arguing the invalidity of the statutory 10-year maximum sentence, defendant has a pending § 2255 motion in this court which raises this issue and makes the issue duplicative in this filing.

*Philip G. Reinhard*

Docketing to mail notices.

| | Courtroom Deputy Initials: | LC |
|---|---|---|

08CR84 U.S.A. vs. John Miller  Page 1 of 1

Case 2:08-cr-00084-JTM   Filed 12/15/09   Page 1 of 1   Document 105